AMANDA VILLARIMO
EUID: AV40898

A HIGHLY SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE

| | |
|---|---|
| Pay Period End & Gross Pay: | 03/24/2022 - $ 521.50 |
| Check/Statement#: | 03242022-918817814 |
| Pay Period: | 03/13/2022 - 03/19/2022 |
| Pay Date: | 03/24/2022 |

| | | | |
|---|---|---|---|
| Federal Withholding Filing Status: | Single | State Withholding Filing Status: | SINGLE |
| Federal Withholding Allowances: | 0 | State Withholding Allowances: | 0 |
| Federal Additional Withholding: | 0.00 | State Additional Withholding: | 0.00 |

## Company & EIN

| The Kroger Co. | 1014 Vine Street | Cincinnati  Ohio | 45202 | 310345740 |
|---|---|---|---|---|

## Earnings

| Type | Rate | Hours | Earnings($) | YTD($) |
|---|---|---|---|---|
| REGULAR EARNING | 14.0000 | 30.7500 | $ 430.50 | $ 4,917.50 |
| SUNDAY PAY | 14.0000 | 6.5000 | $ 91.00 | $ 336.00 |
| GROSS | 0.0000 | 0.0000 | $ 521.50 | $ 5,353.50 |
| NET | 0.0000 | 0.0000 | $ 432.16 | $ 4,463.77 |
| CV19 VACCCINE | 0.0000 | 0.0000 | $ 0.00 | $ 100.00 |

## Other Deductions

| Type | Current($) | YTD($) |
|---|---|---|
| ACH NET CHKG | $ 432.16 | $ 4,147.69 |

## Taxes

| Type | Current($) | YTD($) |
|---|---|---|
| FEDERAL TAX | $ 28.74 | $ 279.48 |
| GEORGIA | $ 20.69 | $ 200.70 |
| MEDICARE TAX | $ 7.57 | $ 77.63 |
| SOCIAL SEC TAX | $ 32.34 | $ 331.92 |

## Deposit Advice Only

| Financial Institution | Account # | Amount |
|---|---|---|
| WACHOVIA BANK NA | | $ 432.16 |

AMANDA VILLARIMO
EUID: AV40898

A HIGHLY SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE

| | |
|---|---|
| Pay Period End & Gross Pay: | 03/17/2022 - $ 535.50 |
| Check/Statement#: | 03172022-918776875 |
| Pay Period: | 03/06/2022 - 03/12/2022 |
| Pay Date: | 03/17/2022 |

| | | | |
|---|---|---|---|
| Federal Withholding Filing Status: | Single | State Withholding Filing Status: | SINGLE |
| Federal Withholding Allowances: | 0 | State Withholding Allowances: | 0 |
| Federal Additional Withholding: | 0.00 | State Additional Withholding: | 0.00 |

## Company & EIN

| The Kroger Co. | 1014 Vine Street | Cincinnati Ohio | 45202 | 310345740 |
|---|---|---|---|---|

## Earnings

| Type | Rate | Hours | Earnings($) | YTD($) |
|---|---|---|---|---|
| REGULAR EARNING | 14.0000 | 38.2500 | $ 535.50 | $ 4,487.00 |
| SUNDAY PAY | 0.0000 | 0.0000 | $ 0.00 | $ 245.00 |
| GROSS | 0.0000 | 0.0000 | $ 535.50 | $ 4,832.00 |
| NET | 0.0000 | 0.0000 | $ 442.62 | $ 4,031.61 |
| CV19 VACCCINE | 0.0000 | 0.0000 | $ 0.00 | $ 100.00 |

## Other Deductions

| Type | Current($) | YTD($) |
|---|---|---|
| ACH NET CHKG | $ 442.62 | $ 3,715.53 |

## Taxes

| Type | Current($) | YTD($) |
|---|---|---|
| FEDERAL TAX | $ 30.42 | $ 250.74 |
| GEORGIA | $ 21.50 | $ 180.01 |
| MEDICARE TAX | $ 7.76 | $ 70.06 |
| SOCIAL SEC TAX | $ 33.20 | $ 299.58 |

## Deposit Advice Only

| Financial Institution | Account # | Amount |
|---|---|---|
| WACHOVIA BANK NA | | $ 442.62 |

AMANDA VILLARIMO
EUID: AV40898

A HIGHLY SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE

**Pay Period End & Gross Pay:** 03/10/2022 - $ 539.00
Check/Statement#: 03102022-918737280
Pay Period: 02/27/2022 - 03/05/2022
Pay Date: 03/10/2022

| | | | |
|---|---|---|---|
| Federal Withholding Filing Status: | Single | State Withholding Filing Status: | SINGLE |
| Federal Withholding Allowances: | 0 | State Withholding Allowances: | 0 |
| Federal Additional Withholding: | 0.00 | State Additional Withholding: | 0.00 |

**Company & EIN**

| The Kroger Co. | 1014 Vine Street | Cincinnati  Ohio | 45202 | 310345740 |
|---|---|---|---|---|

**Earnings**

| Type | Rate | Hours | Earnings($) | YTD($) |
|---|---|---|---|---|
| REGULAR EARNING | 14.0000 | 31.5000 | $ 441.00 | $ 3,951.50 |
| SUNDAY PAY | 14.0000 | 7.0000 | $ 98.00 | $ 245.00 |
| GROSS | 0.0000 | 0.0000 | $ 539.00 | $ 4,296.50 |
| NET | 0.0000 | 0.0000 | $ 445.23 | $ 3,588.99 |
| CV19 VACCCINE | 0.0000 | 0.0000 | $ 0.00 | $ 100.00 |

**Other Deductions**

| Type | Current($) | YTD($) |
|---|---|---|
| ACH NET CHKG | $ 445.23 | $ 3,272.91 |

**Taxes**

| Type | Current($) | YTD($) |
|---|---|---|
| FEDERAL TAX | $ 30.84 | $ 220.32 |
| GEORGIA | $ 21.70 | $ 158.51 |
| MEDICARE TAX | $ 7.82 | $ 62.30 |
| SOCIAL SEC TAX | $ 33.41 | $ 266.38 |

**Deposit Advice Only**

| Financial Institution | Account # | Amount |
|---|---|---|
| WACHOVIA BANK NA | | $ 445.23 |

AMANDA VILLARIMO
EUID: AV40898

A HIGHLY SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE

| | |
|---|---|
| **Pay Period End & Gross Pay:** | 03/03/2022 - $ 546.00 |
| Check/Statement#: | 03032022-918697980 |
| Pay Period: | 02/20/2022 - 02/26/2022 |
| Pay Date: | 03/03/2022 |

| | | | |
|---|---|---|---|
| Federal Withholding Filing Status: | Single | State Withholding Filing Status: | SINGLE |
| Federal Withholding Allowances: | 0 | State Withholding Allowances: | 0 |
| Federal Additional Withholding: | 0.00 | State Additional Withholding: | 0.00 |

**Company & EIN**

| | | | | |
|---|---|---|---|---|
| The Kroger Co. | 1014 Vine Street | Cincinnati  Ohio | 45202 | 310345740 |

**Earnings**

| Type | Rate | Hours | Earnings($) | YTD($) |
|---|---|---|---|---|
| REGULAR EARNING | 14.0000 | 39.0000 | $ 546.00 | $ 3,510.50 |
| SUNDAY PAY | 0.0000 | 0.0000 | $ 0.00 | $ 147.00 |
| GROSS | 0.0000 | 0.0000 | $ 546.00 | $ 3,757.50 |
| NET | 0.0000 | 0.0000 | $ 450.45 | $ 3,143.76 |
| CV19 VACCCINE | 0.0000 | 0.0000 | $ 0.00 | $ 100.00 |

**Other Deductions**

| Type | Current($) | YTD($) |
|---|---|---|
| ACH NET CHKG | $ 450.45 | $ 2,827.68 |

**Taxes**

| Type | Current($) | YTD($) |
|---|---|---|
| FEDERAL TAX | $ 31.68 | $ 189.48 |
| GEORGIA | $ 22.10 | $ 136.81 |
| MEDICARE TAX | $ 7.91 | $ 54.48 |
| SOCIAL SEC TAX | $ 33.86 | $ 232.97 |

**Deposit Advice Only**

| Financial Institution | Account # | Amount |
|---|---|---|
| WACHOVIA BANK NA | | $ 450.45 |

AMANDA VILLARIMO
EUID: AV40898

A HIGHLY SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE

| | |
|---|---|
| **Pay Period End & Gross Pay:** | 02/24/2022 - $ 532.00 |
| Check/Statement#: | 02242022-918656954 |
| Pay Period: | 02/13/2022 - 02/19/2022 |
| Pay Date: | 02/24/2022 |

| | | | |
|---|---|---|---|
| Federal Withholding Filing Status: | Single | State Withholding Filing Status: | SINGLE |
| Federal Withholding Allowances: | 0 | State Withholding Allowances: | 0 |
| Federal Additional Withholding: | 0.00 | State Additional Withholding: | 0.00 |

**Company & EIN**

| The Kroger Co. | 1014 Vine Street | Cincinnati Ohio | 45202 | 310345740 |
|---|---|---|---|---|

**Earnings**

| Type | Rate | Hours | Earnings($) | YTD($) |
|---|---|---|---|---|
| REGULAR EARNING | 14.0000 | 31.5000 | $ 441.00 | $ 2,964.50 |
| SUNDAY PAY | 14.0000 | 6.5000 | $ 91.00 | $ 147.00 |
| GROSS | 0.0000 | 0.0000 | $ 532.00 | $ 3,211.50 |
| NET | 0.0000 | 0.0000 | $ 440.00 | $ 2,693.31 |
| CV19 VACCCINE | 0.0000 | 0.0000 | $ 0.00 | $ 100.00 |

**Other Deductions**

| Type | Current($) | YTD($) |
|---|---|---|
| ACH NET CHKG | $ 440.00 | $ 2,377.23 |

**Taxes**

| Type | Current($) | YTD($) |
|---|---|---|
| FEDERAL TAX | $ 30.00 | $ 157.80 |
| GEORGIA | $ 21.30 | $ 114.71 |
| MEDICARE TAX | $ 7.72 | $ 46.57 |
| SOCIAL SEC TAX | $ 32.98 | $ 199.11 |

**Deposit Advice Only**

| Financial Institution | Account # | Amount |
|---|---|---|
| WACHOVIA BANK NA | | $ 440.00 |

AMANDA VILLARIMO
EUID: AV40898

A HIGHLY SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE

**Pay Period End & Gross Pay:** 02/17/2022 - $ 458.50
Check/Statement#: 02172022-918616091
Pay Period: 02/06/2022 - 02/12/2022
Pay Date: 02/17/2022

| | | | |
|---|---|---|---|
| Federal Withholding Filing Status: | Single | State Withholding Filing Status: | SINGLE |
| Federal Withholding Allowances: | 0 | State Withholding Allowances: | 0 |
| Federal Additional Withholding: | 0.00 | State Additional Withholding: | 0.00 |

**Company & EIN**

| The Kroger Co. | 1014 Vine Street | Cincinnati Ohio | 45202 | 310345740 |
|---|---|---|---|---|

**Earnings**

| Type | Rate | Hours | Earnings($) | YTD($) |
|---|---|---|---|---|
| REGULAR EARNING | 14.0000 | 32.7500 | $ 458.50 | $ 2,523.50 |
| SUNDAY PAY | 0.0000 | 0.0000 | $ 0.00 | $ 56.00 |
| GROSS | 0.0000 | 0.0000 | $ 458.50 | $ 2,679.50 |
| NET | 0.0000 | 0.0000 | $ 385.17 | $ 2,253.31 |
| CV19 VACCCINE | 0.0000 | 0.0000 | $ 0.00 | $ 100.00 |

**Other Deductions**

| Type | Current($) | YTD($) |
|---|---|---|
| ACH NET CHKG | $ 385.17 | $ 1,937.23 |

**Taxes**

| Type | Current($) | YTD($) |
|---|---|---|
| FEDERAL TAX | $ 21.18 | $ 127.80 |
| GEORGIA | $ 17.07 | $ 93.41 |
| MEDICARE TAX | $ 6.65 | $ 38.85 |
| SOCIAL SEC TAX | $ 28.43 | $ 166.13 |

**Deposit Advice Only**

| Financial Institution | Account # | Amount |
|---|---|---|
| WACHOVIA BANK NA | | $ 385.17 |

AMANDA VILLARIMO
EUID: AV40898

A HIGHLY SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE

**Pay Period End & Gross Pay:** 02/10/2022 - $ 549.50
Check/Statement#: 02102022-918576645
Pay Period: 01/30/2022 - 02/05/2022
Pay Date: 02/10/2022

| | | | |
|---|---|---|---|
| Federal Withholding Filing Status: | Single | State Withholding Filing Status: | SINGLE |
| Federal Withholding Allowances: | 0 | State Withholding Allowances: | 0 |
| Federal Additional Withholding: | 0.00 | State Additional Withholding: | 0.00 |

**Company & EIN**

| The Kroger Co. | 1014 Vine Street | Cincinnati  Ohio | 45202 | 310345740 |
|---|---|---|---|---|

**Earnings**

| Type | Rate | Hours | Earnings($) | YTD($) |
|---|---|---|---|---|
| REGULAR EARNING | 14.0000 | 39.2500 | $ 549.50 | $ 2,065.00 |
| SUNDAY PAY | 0.0000 | 0.0000 | $ 0.00 | $ 56.00 |
| GROSS | 0.0000 | 0.0000 | $ 549.50 | $ 2,221.00 |
| NET | 0.0000 | 0.0000 | $ 453.07 | $ 1,868.14 |
| CV19 VACCCINE | 0.0000 | 0.0000 | $ 0.00 | $ 100.00 |

**Other Deductions**

| Type | Current($) | YTD($) |
|---|---|---|
| ACH NET CHKG | $ 453.07 | $ 1,552.06 |

**Taxes**

| Type | Current($) | YTD($) |
|---|---|---|
| FEDERAL TAX | $ 32.10 | $ 106.62 |
| GEORGIA | $ 22.30 | $ 76.34 |
| MEDICARE TAX | $ 7.96 | $ 32.20 |
| SOCIAL SEC TAX | $ 34.07 | $ 137.70 |

**Deposit Advice Only**

| Financial Institution | Account # | Amount |
|---|---|---|
| WACHOVIA BANK NA | | $ 453.07 |

AMANDA VILLARIMO
EUID: AV40898

A HIGHLY SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE

| | |
|---|---|
| **Pay Period End & Gross Pay:** | **02/03/2022 - $ 642.50** |
| Check/Statement#: | 02032022-918537401 |
| Pay Period: | 01/23/2022 - 01/29/2022 |
| Pay Date: | 02/03/2022 |

| | | | |
|---|---|---|---|
| Federal Withholding Filing Status: | Single | State Withholding Filing Status: | SINGLE |
| Federal Withholding Allowances: | 0 | State Withholding Allowances: | 0 |
| Federal Additional Withholding: | 0.00 | State Additional Withholding: | 0.00 |

**Company & EIN**

| | | | | |
|---|---|---|---|---|
| The Kroger Co. | 1014 Vine Street | Cincinnati Ohio | 45202 | 310345740 |

**Earnings**

| Type | Rate | Hours | Earnings($) | YTD($) |
|---|---|---|---|---|
| REGULAR EARNING | 14.0000 | 38.7500 | $ 542.50 | $ 1,515.50 |
| SUNDAY PAY | 0.0000 | 0.0000 | $ 0.00 | $ 56.00 |
| GROSS | 0.0000 | 0.0000 | $ 642.50 | $ 1,671.50 |
| NET | 0.0000 | 0.0000 | $ 522.44 | $ 1,415.07 |
| CV19 VACCCINE | 0.0000 | 0.0000 | $ 100.00 | $ 100.00 |

**Other Deductions**

| Type | Current($) | YTD($) |
|---|---|---|
| ACH NET CHKG | $ 522.44 | $ 1,098.99 |

**Taxes**

| Type | Current($) | YTD($) |
|---|---|---|
| FEDERAL TAX | $ 43.26 | $ 74.52 |
| GEORGIA | $ 27.65 | $ 54.04 |
| MEDICARE TAX | $ 9.32 | $ 24.24 |
| SOCIAL SEC TAX | $ 39.83 | $ 103.63 |

**Deposit Advice Only**

| Financial Institution | Account # | Amount |
|---|---|---|
| WACHOVIA BANK NA | | $ 522.44 |